**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
LISA MARIE ADAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. CR-S-05-510 LKK |
| ) | |
| Plaintiff, ) | **ORDER RE: REQUEST TO EXTEND** |
| ) | **SURRENDER DATE** |
| v. ) | |
| ) | Date: February 4, 2007 |
| ) | Time: 2:00 p.m. |
| LISA MARIE ADAMS ) | Honorable Lawrence K. Karlton |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Defendant LISA MARIE ADAMS, by and through her undersigned attorney, Johnny L. Griffin, III, hereby request an Order to extend Defendant's surrender date in the above captioned case from February 4, 2007 at 2:00 p.m. to April 8, 2007 at 2:00 p.m. to allow additional time for Defendant to make medical arrangements for her domestic partner of 31 years who is suffering from stage four metastatic lobular breast cancer.

Counsel for the government, Assistant United States Attorney Philip A. Ferrari, has no objection to this request.[1]  This request is based on the following facts.

Defendant's domestic partner, Jean C. Smith, who is 78 years-old, is currently undergoing additional and intensive chemotherapy treatment for stage four breast cancer. Ms. Smith is cognitively impaired and is not able to care for herself.  Ms. Smith's sole source of income is Social Security Insurance and Social Security Disability.  Defendant has received extensive caregiver training and is the primary caregiver for Ms. Smith. While the prognosis for Ms. Smith is bleak, the family remains hopeful that the current treatment will be successful.  Defendant is in the process of obtaining in home health care services to provide for Ms. Smith care in the event Ms. Smith treatments are in fact successful and she survives beyond April 8, 2007.

Accordingly, Defendant request, without objection from the government, that the Court issue an Order extending her surrender date from February 4, 2007 to April 8, 2007, with all other conditions of her Judgment remaining as set forth in the Court's order of December 6, 2006.

Dated: January 29, 2007            /s/ Johnny L. Griffin, III
                                    JOHNNY L. GRIFFIN, III
                                    Attorney for LISA ADAMS

**IT IS SO ORDERED.**

Dated:  February 1, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] On January 29, 2007, Assistant United States Attorney Philip A. Ferrari telephonically advised counsel for Defendant that, based on the facts set forth herein, he does not oppose or object to this request.