IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LISA MARIE ADAMS,<br><br>        Defendant.<br>_____ | NO. 2:05-cr-510 LKK<br><br>ORDER APPOINTING COUNSEL AND STAYING SELF SURRENDER,<br><br>Date:  April 17, 2007<br>Time:  9:30 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

## **O R D E R**

The Office of the Federal Defender is appointed to represent the above Defendant. The request for a stay of the order that Ms. Adams self-surrender for service of the sentence imposed in the above case is hereby GRANTED. A separate order scheduling hearing on Ms. Adams requests will follow.

        IT IS SO ORDERED

                By the Court

DATED: April 11, 2007

                                          _____<br>
                                          LAWRENCE K. KARLTON<br>
                                          SENIOR JUDGE<br>
                                          UNITED STATES DISTRICT COURT