IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. 2:05-cr-510 LKK |
| ) | |
| Plaintiff,   ) | ORDER SHORTENING TIME AND |
| ) | SCHEDULING HEARING |
| v.     ) | |
| ) | Date:   TBA |
| LISA MARIE ADAMS,       ) | Time:   TBA |
| ) | Judge:  Hon. Lawrence K. Karlton |
| Defendant.     ) | |
| ) | |
| _____ ) | |

The motion to shorten time filed by the Office of the Federal Defender on behalf of Defendant Lisa Marie Adams is hereby GRANTED. A hearing on the motion for an extension of time to surrender for service of the sentence previously imposed by this court is hereby set for April 17, 2007, at 9:30 a.m.

**IT IS SO ORDERED.**

By the Court

DATED: April 11, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT